UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF LOUISIANA

Andrea Peterson

    Plaintiff

    v.

WellPoint Inc.
Empire Blue Cross Blue Shield Association
Center for Restorative Breast Surgery LLC
Center for Medicare Services (CMS) a
 Federal agency within the United States
 Department of Health and Human Services

    Defendants

CASE NO.

**13-933**

**SECT. N MAG. 1**

COMPLAINT

NOW COMES plaintiff, Andrea Peterson, pro se and alleges that defendants denied

plaintiff basic human rights plaintiff is guaranteed under the Constitution of the United

States.   The constitutional guarantees that no person or class of persons shall be

denied the same protection of the laws that is enjoyed by other persons or other classes

in like circumstances in their life, liberty, property, and pursuit of happiness. The

Declaration of Independence states:

We hold these truths to be self-evident, that all men are created equal, that they are

endowed by their Creator with certain inalienable Rights, that among these are Life,

Liberty and the pursuit of Happiness.

Equal treatment is plaintiff right to medical care, equal rights to life, liberty and

happiness.   The linkage is established.   Nancy Pelosi speaking on the House floor,

called on her colleagues to remember "what our founders put forth in our founding

documents, which is life, liberty, and the pursuit of happiness. And that is exactly what

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No_____

the Affordable Care Act helps to guarantee." On June 28, 2012 the Supreme Court of
the United States upheld the Afford Care Act.

"Even though the U.S. Constitution does not explicitly set forth a right to health care, the
Supreme Court's decision in the areas of the right to privacy and bodily integrity suggest
the Constitution implicitly provides an individual the right to access health care services
at one's own expense from willing medical providers".[1]   The Author cites Roe V. Wade,
410 U.S. 113 (1973), and Cruzan v. Missouri Department of Health, 497 U.S. 261
(1990) (constitutional right to refuse medical treatment that sustains life, both of which
involve a right to bodily integrity that may logically be extended to a person seeking
health care services at his or her own expense.) The fundamental point in the
discussion is the denial of the right of choice.

The equal protection clause of the Fourteenth Amendment applies only to the states,
however similar protection are applicable to the federal government through the Due
Process Clause of the Fifth Amendment.   Due Process is a fundamental right.   The
Standard of Review used in cases involving fundamental rights is called "strict scrutiny."
"One of the most complex and controversial areas of constitutional law relates to the
protection of "fundamental rights" under the Bill of Rights and the Fourteenth
Amendment.    The binding principle of these cases is that they involve rights so
fundamental that the courts must subject any legislation infringing on them to close
scrutiny."[2]

---

[1] Congressional Research Services, Health Care: Constitutional Rights and Legislative Powers, Kathleen S. Swendiman, Legislative Attorney, July 9, 2012
[2] Congressional Research Services, Selected Theories of Constitutional Interpretation, Kenneth Thomas, February 10, 2011

U.S. courts apply the strict scrutiny standard in two contexts, when a fundamental constitutional right is infringed, i.e., Roe v. Wade, particularly those found in the Bill of Rights and those the court has deemed a fundamental right protected by the Due Process Clause or "liberty clause" of the 14th Amendment, or when a government action applies to a "suspect classification" such as race or, sometimes, national origin. Among the violations defendants are in violation are, plaintiff fundamental rights, plaintiff Fifth and Fourteenth Constitutional Amendment rights, violation of 42 U.S.C. § 2000d, violation of Title XVIII of the Social Security Act, the Medicare Program, National Coverage Determination 140.2, § 422.112 Access To Services, violation of H.R. 4828, Title IV, Women's Health and Cancer Rights Act and are in Breach of Contract.

## PARTIES TO THIS COMPLAINT

### PLAINTIFF

At all relevant times plaintiff was over the age of 60 and a citizen of the United States of America.   Due to Fraud plaintiff is currently homeless, therefore plaintiff is a stateless citizen of the United States and therein protected under the Constitution of the United States.  Plaintiff maintains a mailing address of:

Andrea Peterson

P.O. Box 79351

Atlanta, GA 30357

917-504-6858

### DEFENDANTS

### WELLPOINT, INC.

WellPoint Inc. was formed when WellPoint Health Networks Inc. and Anthem, Inc. merged in 2004 to become the nation's leading health benefits company.  WellPoint,

Inc., website describes WellPoint as follows: "We are one of the largest health benefits companies in the United States, serving 36.1 million medical members through our affiliated health plans and more than 66.5 million individuals through all subsidiaries as of December 31, 2012. We are an independent licensee of the Blue Cross and Blue Shield Association, or BCBSA, an association of independent health benefit plans. We serve our members as the Blue Cross licensee for California and as the Blue Cross and Blue Shield, or BCBS, licensee for: Colorado, Connecticut, Georgia, Indiana, Kentucky, Maine, Missouri (excluding 30 counties in the Kansas City area), Nevada, New Hampshire, New York (as BCBS in 10 New York city metropolitan and surrounding counties, and as Blue Cross or BCBS in selected upstate counties only), Ohio, Virginia (excluding the Northern Virginia suburbs of Washington, D.C.), and Wisconsin. In a majority of these service areas we do business as Anthem Blue Cross, Anthem Blue Cross and Blue Shield, Blue Cross and Blue Shield of Georgia, Empire Blue Cross Blue Shield, or Empire Blue Cross (in our New York service areas). Through our recent acquisition of AMERIGROUP Corporation, or Amerigroup, as further described below, we conduct business in Texas, Florida, Georgia, Maryland, Tennessee, New Jersey, New York, Nevada, Ohio, New Mexico, Louisiana and Washington, and beginning January 1, 2013 Amerigroup conducts business in Kansas. We also serve customers throughout the country as UniCare and in certain California, Arizona, Nevada, New York and Virginia markets through our CareMore Health Group, Inc., or CareMore, subsidiary. We are licensed to conduct insurance operations in all 50 states through our subsidiaries.

Our mission is to improve the lives of the people we serve and the health of our

communities. We strive to achieve our mission by creating the best health care value in our industry, excelling at day-to-day execution, and capitalizing on new opportunities to drive growth. By delivering on our mission, we expect to create greater value for our customers and shareholders." WellPoint and IBM created a partnership, in which IBM Watson is being used to process, analyze and interpret the meaning of complex clinical information, using natural language processing.  It will identify the best treatment options for patients health care pros make accurate treatment decisions 50% of the time whereas Watson has shown the capability (on the utilization management side) of being accurate in its decisions 90% of the time.

WellPoint's corporate offices are located at:

120 Monument Circle

Indianapolis, IN, 46204 United States

(317) 532-6000

WellPoint Registered Agent is listed on the Indiana Secretary of State website as:

John Cannon

120 Monument Circle

Indianapolis, In  46204

## BLUE CROSS BLUE SHIELD ASSOCIATION

The Blue Cross and Blue Shield Association, founded in 1929 is a national federation of 38 independent, community-based and locally operated Blue Cross® and Blue Shield® companies.  The Association owns and manages the Blue Cross and Blue Shield trademarks and names in more than 170 countries and territories around the world.  The Association grants licenses to independent companies to use the trademarks and names in exclusive geographic areas.

The Association also operates several business initiatives in support of the Blue Cross and Blue Shield companies and represents the Blue System in national forums. In this role as a national association, BCBSA is responsible for advancing Blue Cross and Blue Shield interests in legislative and regulatory initiatives in Washington, D.C., as well as coordinating legislative, regulatory and political strategy for the Blue System.

Blue Cross and Blue Shield Companies.

Operating and offering healthcare coverage in all 50 states, the District of Columbia and Puerto Rico, the 38 Blue Cross and Blue Shield companies cover 100 million Americans. Nationwide, more than 96% of hospitals and 91% of professional providers contract with Blue Cross and Blue Shield companies — more than any other insurer. Blue Cross and Blue Shield companies offer a variety of insurance products to all segments of the population, including large employer groups, small business and individuals. The Blues® currently serve 85% of Fortune 100 companies and 76% of Fortune 500 companies. Moreover, the Blues have enrolled more than half of all U.S. federal workers, retirees and their families, making the Federal Employee Program the largest single health plan group in the world. In FY 2011, Blue Cross and Blue Shield Medicare contractors processed 83.2% of the more than 190 million total claims from hospitals and other provider institutions (Part A) and 69.4% of the more than 990 million claims from physicians and other healthcare practitioners (Part B).

Blue Cross Blue Shield Association is headquartered at:

225 N. Michigan Ave.

Chicago, IL 60601 United States

(312) 297-6000

6

Blue Cross Blue Shield Association Registered Agent shown on the Illinois Secretary of

State website is:

Roger G. Wilson

225 N. Michigan Ave

Chicago, IL 60601

## CENTER FOR MEDICARE SERVICES (CMS)

The Centers for Medicare & Medicaid Services (CMS), previously known as the Health

Care Financing Administration (HCFA), is a federal agency within the **United States**

**Department of Health and Human Services** (DHHS) that administers the Medicare

program and works in partnership with state governments to administer Medicaid, the

State Children's Health Insurance Program (SCHIP), and health insurance portability

standards. In addition to these programs, CMS has other responsibilities, including the

administrative simplification standards from the Health Insurance Portability and

Accountability Act of 1996 (HIPAA), quality standards in long-term care facilities (more

commonly referred to as nursing homes) through its survey and certification process,

and clinical laboratory quality standards under the Clinical Laboratory Improvement

Amendments.

Center for Medicare Services is headquartered at:

7500 Security Blvd Ste C51916

Baltimore, MD, 21244 United States

(410) 786-2140

Federal Rules of Civil Procedure Rule 4(i) states, Serving the United States and Its
Agencies, Corporations, Officers, or Employees,

  (1) United States. To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C."

## CENTER FOR RESTORATIVE BREAST SURGERY

The Center for Restorative Breast Surgery was established to serve as a dedicated resource for women seeking the most advanced methods of breast reconstruction utilizing the body's own tissue. Frank DellaCroce, M.D., FACS, Scott Sullivan, M.D., FACS, and Chris Trahan, M.D. specialize exclusively in state-of-the-art breast surgery techniques that allow for microsurgical fat transplantation to rebuild the breast without sacrifice of important functional muscles. They are international leaders in breast cancer surgery options, pioneering groundbreaking procedures including nipple sparing mastectomy, the Stacked DIEP, the gluteal hip flap, and the revolutionary BODY LIFT Flap[SM]. They have performed over 4000 breast reconstruction procedures for women facing breast cancer from around the world.

With over 20 years of combined experience and thousands of successful breast reconstructions, the Center has pioneered efforts to refine breast reconstruction into methods that now represent the state-of-the-art choice in breast restoration.  To achieve the highest quality results, the physician's work as a team during every patient's surgery. This affords shortened surgical times and ensures the safest possible conditions for you.

The American Cancer Society named Dr. Sullivan and Dr. DellaCroce Spirit Award Honorees for going above and beyond in the fight against cancer. New Orleans City Business named Dr. DellaCroce and Dr. Sullivan "Health Care Heroes". Best Doctors founded in 1989 by Harvard Medical School physicians, conducts nationwide surveys of over 30,000 doctors in more than 40 specialties asked physicians to identify the doctors they consider the leaders in their field and, "If you or a loved one needed a doctor in your specialty, and you could not treat them yourself, to whom would you refer them." Dr. Sullivan and Dr. DellaCroce were named "best doctors".

Center for Restorative Breast Surgery is headquarter at:

1717 Saint Charles Ave

New Orleans, LA, 70130 United States

(504) 899-2800

The Registered Agent shown on the Louisiana Secretary of State website for Center for Restorative Breast Surgery is:

David R. Sherman

One Galleria Boulevard, Ste. 1100

Metairie, LA 70001

## PLEADING STANDARD

Pleadings in the case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technalities. Propria pleadings are not to be held to the same high standards of perfection as practicing lawyers. See Haines v. Kerner 92 Sct 594, also See Power 914 F2d 1459 (11th Cir.1990) also See Hulsey v. Ownes 63 F3d 354 (5th Cir 1995). Also See In Re: Hall v. Belmon 935 F.2d 1106 (10th Cir. 1991).

## PLEADING STANDARD, IRREPARABLE HARM

Irreparable harm may be presumed in cases brought under 42 U.S.C. § 1983, 42 USC §

1981 and in other deprivation of Civil Rights actions, e.g. Vietnamese Fishermen's

Ass'n v. Knights of the Ku Klux Klan 543 F. Supp 198, 218 (S.D. Tex. 1982 ("Victims of

discrimination suffer irreparable injury, regardless of pecuniary damage."), Gresham v.

Windrush Partners, Ltd., 730 F.2d 1417, 1424 (11th Cir., 1984) (housing discrimination

"almost always results in irreparable injury")., Clemons v. Board of Educ., 228 F.2d 853,

857 (6th Cir. 1956) (injunction will issue to protect and preserve basic civil rights)., Able

v. United States, 842 F.Supp, 1038 1043 (E.D.N.Y. 1984) ("[P]ossible violation of

constitutional rights [under Fifth and First Amendment] constitutes irreparable harm.").

## JURISDICTION AND VENUE

This court has jurisdiction as this action arises under the laws of the United States of

America.  28 U.S.C. § 1331.  As there is complete diversity between plaintiff and

defendants, jurisdiction also arises under 28 U.S.C. § 1332.  Defendant's represent

different States therein this is a diversity of citizenship case.   The Case is appropriately

brought in the Eastern District of Louisiana, as Defendant Center for Restorative Breast

Surgery is located in New Orleans, Louisiana, where plaintiff traveled to obtain surgery,

and was denied medical care.

Venue is proper in the Eastern District Court of Louisiana pursuant to 28 U.S.C. § 1391.

## STATEMENT OF FACTS

See statement of facts, plaintiff Affidavit.  There is no controversy as to the material

facts of this case as therein stated therefore a hearing is not required e.g., Certified

Restoration Dry Cleaning Network, L.L.C. v. Tenke Corp., 511 F.3d 535, 552 (6th Cir.

2007) ("[O]ur Rule 65 jurisprudence indicates that a hearing is only required when there

are disputed factual issues, and not when the issues are primarily questions of law").

Charette v. Town of Oyster Bay, 159 F.3d 749, 755 (2d Cir. 1998) (evidentiary hearing

is not required if relevant facts are not in dispute, have been clearly demonstrated at

prior stages of case, or are amenable to complete resolution on paper record).

## CAUSE OF ACTION

### FIRST CAUSE OF ACTION

Violation of plaintiff Fifth and Fourteenth Constitutional Amendment rights

### SECOND CAUSE OF ACTION

Breach of Contract

### THIRD CAUSE OF ACTION

Violation of Title XVIII of the Social Security Act, the Medicare Program, National
Coverage Determination 140.2, and § 422.112 Access To Services

### FOURTH CAUSE OF ACTION

Violation of H.R. 4828, Title IV, Women's Health and Cancer Rights Act, and 29 USC §
1185b - Required coverage for reconstructive surgery following mastectomies

### FIFTH CAUSE OF ACTION

Violation of Title VI of the Civil Rights Act of 1964. 42 U.S.C. § 2000d

### SIXTH CAUSE OF ACTION

Violation of Article I, Section 8 of the Constitution.   (Congress authority to enact health
care legislation derives from the numerated powers set forth in in this Article of the
Constitution.  It is under Article I Section 8 that The Affordable Act was passed and
upheld by the Supreme Court.)

### SEVENTH CAUSE OF ACTION

Violation of 42 USC § 1983 - Civil Action For Deprivation of Rights

### EIGHTH CAUSE OF ACTION

Violation of 42 USC § 1981

## NINTH CAUSE OF ACTION

Violation of 42 USC § 1985(3)

## TENTH CAUSE OF ACTION

Violation of common law torts of intentional infliction of emotional distress, and intentional interference with contractual relations.

## RELIEF

A. Order that defendant Center for Restorative Breast Surgery (CRBS) give plaintiff priority in the reschedule of plaintiff surgery, and perform surgery on plaintiff immediately.

B. Order that defendant WellPoint/Empire Blue Cross Blue Shield (EBCBS) immediately provide to this court and to plaintiff the following documents.

   a. The Code for each procedure(s) authorized, the amount approved for each, and for each day of hospitalization, the amount approved.  Such documents will show the date(s) of each action.

   b. All emails, letter, notes, communication between WellPoint/EBCBS and CRBS and that no modifications and or revisions may be made to any document.

   c. All records of plaintiff Andrea Peterson that WellPoint/EBCBS or any associated companies, subsidiaries, licensee(s), has ever maintained, and all communication in which the foregoing was informed of any person and or entity who claimed to be Guardian, Conservator and or have Power of Attorney of plaintiff and who must approve medical decisions/care of plaintiff, Andrea Peterson.  The response will list the name(s) of any such claimant(s), documents that show legal proof and or other authentication

12

of the claim, and will be submitted with an Affidavit attesting under Oath to the truth of the information submitted.

C. Order Center for Restorative Breast Surgery provide all communication, emails, letters, notes, sent or received from Empire Blue Cross Blue Shield and or any source regarding plaintiff.

Further Order that Center for Restorative Breast Surgery provide an under oath statement that the procedure to be used is the same as PAP, however instead of plaintiff butt the donor site would be plaintiff back and sides and that insurance and or the amount of insurance reimbursement was not a factor in the cancellation of plaintiff surgery.

D. Order defendants jointly pay plaintiff costs for food, lodging and round trip costs from Atlanta, GA to New Orleans, LA.

E. Order defendants jointly pay all costs of plaintiff continued stay in New Orleans from the date of cancellation of plaintiff surgery, to begin immediately.

F. Order defendants jointly pay plaintiff attorney's fees and costs so that plaintiff may obtain legal consultation.

G. Award any other relief the Court determines appropriate and necessary.

April 13, 2013

Andrea Peterson
P.O. Box 79351
Atlanta, GA 30357
917-504.6858
ajnpeterson@gmail.com