UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA PETERSON | CIVIL ACTION |
| VERSUS | NO: 13-0933-KDE-SS |
| WELLPOINT, INC., et al | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Andrea Peterson, for transfer and stay pending transfer (Rec. doc. 20) is DENIED.

New Orleans, Louisiana, this 19th day of July, 2013.

_____
United States District Judge

**Clerk to serve Andrea Petersen:**
ajnpeterson@gmail.com