UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA PETERSON | CIVIL ACTION |
| VERSUS | NO. 13-933 |
| WELLPOINT, INC., ET AL | SECTION  N (1) |

## ORDER AND REASONS

Before the Court are:  (1) a Motion to Clarify, Alter, Amend Judgment (Rec. Doc. 80), filed by the plaintiff; and (2) an Emergency Motion for Medical Care (Rec. Doc. 86), filed by Plaintiff. In these motions, Plaintiff again asserts numerous allegations against her insurer ("WellPoint")[1] and/or the Centers for Medicare & Medicaid Services ("CMS"), and seeks relief from this Court's Orders at Rec. Docs. 77 and 78, in which the Court dismissed Plaintiff's claims against WellPoint and CMS and denied new requests for injunctive relief against these defendants.  This suit relates to the specific breast reconstruction surgery that was scheduled to be performed in New Orleans by Drs. Sullivan and DellaCroce of the Center for Restorative Breast Surgery ("Surgery Center") on March 1, 2013, and which was cancelled by the Surgery Center.  The only claim that remains pending in this suit is Plaintiff's breach of contract claim against the Surgery Center.

---

[1] This term includes (1) WellPoint, Inc., (2) Empire HealthChoice Assurance, Inc. ("Empire"), whose trade name is Empire BlueCross BlueShield, and (3) Blue Cross and Blue Shield Association (collectively, "WellPoint").

Since late January 2014, Plaintiff has filed several documents enumerating a litany of new complaints against WellPoint and CMS. *See* Rec. Docs. 57, 67, 73, 79, 80 and 86. Although certain of these new allegations relate generally to Plaintiff's desire to have her insurer pay for a breast reconstruction surgery, they do not relate to the surgery that was scheduled for March 2013 at the Surgery Center in New Orleans, and this Court has consistently denied Plaintiff's request to expand this action to include these allegations. These ongoing disputes between Plaintiff and WellPoint and/or CMS are not part of this suit and are not encompassed within this Court's Order dismissing Plaintiff's claims against these defendants. They will not be encompassed within any judgment ultimately entered in this matter. Therefore, Plaintiff is free to pursue these grievances through the appropriate administrative appeal process, including, ultimately filing suit in the appropriate United States District Court if her complaints are not resolved through the administrative process. Accordingly;

**IT IS ORDERED** that: (1) the Motion to Clarify, Alter, Amend Judgment filed by the plaintiff **(Rec. Doc. 80)**, is hereby **DENIED**; and (2) the Emergency Motion for Medical Care filed by Plaintiff **(Rec. Doc. 86)**, is hereby **DENIED**.

New Orleans, Louisiana, this 14th day of May, 2014.

**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to serve Andrea Petersen:**
**ajnpeterson@gmail.com**