UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA PETERSON | CIVIL ACTION |
| VERSUS | NO. 13-933 |
| WELLPOINT, INC., ET AL | SECTION N (1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 90), and the failure of the plaintiff to file an objection to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation (Rec. Doc. 90) and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed by the Center for Restorative Breast Surgery, LLC **(Rec. Doc. 81)**, is hereby **GRANTED**, and the plaintiff's claims against the Center for Restorative Breast Surgery, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 1st day of July, 2014.

KURT D. ENGELHARDT
**United States District Judge**